NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS GAYNOR, DOC #002472,    )
   )
      Appellant,    )
   )
v.    )    Case No. 2D18-2054
   )
STATE OF FLORIDA,    )
   )
      Appellee.    )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Marcus Gaynor, pro se.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.